UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

URATA & SONS CEMENT INC. et al.,

    Plaintiff,

  v.

GRAY CONSTRUCTION INC., et al.,

    Defendants.

NO. CIV. S-06-1037 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on the Motion for Application to Attach is continued to July 21, 2006 at 10:00 a.m.  Defendants' shall file and serve an opposition brief or notice of non-opposition no later than July 7, 2006.  The Plaintiffs' may file and serve a reply on or before July 14, 2006.

    2.   Defendant is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiffs' motion in compliance with Local Rule 78-230(c).

3.  Defendant shall file his response to the order to show cause on or before July 7, 2006.

4.  The Clerk is directed to serve defendants' as the addressed as noted in the Certificates of Service filed June 14, 2006 and June 20, 2006.

5.  A hearing on the order to show cause will follow the hearing on the Motion to Attach.

IT IS SO ORDERED.

DATED: June 29, 2006.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE